Eastern District of Kentucky
**FILED**
SEP 25 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 6:25-cr-076-REW

JESSICA PERKINS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about a day in March of 2024, the exact date unknown, and continuing through on or about March 23, 2025, in Clay County, in the Eastern District of Kentucky, and elsewhere,

**JESSICA PERKINS**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before Defendant **JESSICA PERKINS** committed the offense charged in this count, she was previously convicted under state law of the following serious drug felony: 2021 Trafficking in a Controlled Substance First Degree, First Offense (2 grams or more

of methamphetamine) – for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## COUNT 2
## 21 U.S.C. 841(a)(1)

On or about October 30, 2024, in Clay County, in the Eastern District of Kentucky,

**JESSICA PERKINS**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before Defendant **JESSICA PERKINS** committed the offense charged in this count, she was previously convicted under state law of the following serious drug felony: 2021 Trafficking in a Controlled Substance First Degree, First Offense (2 grams or more of methamphetamine) – for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

## COUNT 3
## 21 U.S.C. 841(a)(1)

On or about November 4, 2024, in Clay County, in the Eastern District of Kentucky,

**JESSICA PERKINS**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before Defendant **JESSICA PERKINS** committed the offense charged in this count, she was previously convicted under state law of the following serious drug felony: 2021 Trafficking in a Controlled Substance First Degree, First Offense (2 grams or more of methamphetamine) – for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years from the commencement of the instant offense.

A TRUE BILL

████████████████

FOREPERSON

*[signature]*

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

**500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING METHAMPHETAMINE:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years of supervised release.

> **IF PRIOR CONVICTION FOR A SERIOUS DRUG FELONY OFFENSE:** Not less than 15 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 10 years supervised release.

### COUNTS 2 and 3:

**50 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING METHAMPHETAMINE:** Not less than 5 years nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **IF PRIOR CONVICTION FOR A SERIOUS DRUG FELONY OFFENSE:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.